United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE MYRETTE-COSLEY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 11-05660 JW<br><br>**ORDER CONTINUING HEARING<br>ON MOTION** |

Presently before the Court is Defendants' Motion to Dismiss set for February 6, 2012. (Docket Item No. 13.) The Court finds good cause to continue the hearing on the Motion to **February 27, 2012 at 9 a.m.** to coincide with a hearing on Defendant MTC Financial's Motion to Dismiss. (Docket Item No. 19.)

Dated: January 19, 2012

                                  JAMES WARE<br>                                  United States District Chief Judge

    In light of this Order, Defendant MTC's Motion to appear by telephone is DENIED as moot. (Docket Item No. 18.)