1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAYE MYRETTE-COSLEY,                                    No. C 11-05660 JW

          Plaintiff(s),

       v.                                              **ORDER CONTINUING HEARING
ON MOTION**

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., ET AL.,

          Defendant(s).

_____/

      Presently before the Court is Defendants' Motion to Dismiss set for February 6, 2012.

(Docket Item No. 13.)  The Court finds good cause to continue the hearing on the Motion to

**February 27, 2012 at 9 a.m.** to coincide with a hearing on Defendant MTC Financial's Motion to

Dismiss.  (Docket Item No. 19.)

Dated:  January 19, 2012

                             JAMES WARE
                             United States District Chief Judge

      In light of this Order, Defendant MTC's Motion to appear by telephone is DENIED as moot.
(Docket Item No. 18.)